JOSEPH KANTOR, as Trustee for the Creditors of the LAKEWOOD SHIRT COMPANY, INC., etc., Respondent, v. ISIDORE JANOWITCH and Others, Appellants, Impleaded with Another, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FANNIE BELL, Appellant, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Respondents, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion, on the authority of *Mortgage Commission of State of New York* v. *Fay* (255 App. Div. 622; affd., 281 N. Y. 637).